IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00066-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

LAWRENCE SEAN CONLAN,

 Defendant.

_____

**ORDER**
_____

 The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement.  Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.  The trial date is vacated.  Counsel shall contact chambers within ten days to set a change of plea hearing.

 DATED at Denver, Colorado, on May 15, 2006.

                BY THE COURT:


                s/ Walker D. Miller
                United States District Judge

PDF FINAL