IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00066-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAWRENCE SEAN CONLAN,

     Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

     The following Minute Order is entered by Judge Walker D. Miller:

     Defendant's motion to communicate with ex-spouses is granted with the condition that the attorney is involved.

Dated:  October 17, 2006

                             s/ Jane Trexler, Secretary/Deputy Clerk