IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00066-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LAWRENCE SEAN CONLAN,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the Government's Motion to Permit the U.S. Probation Office to Consider Grand Jury Material as Part of the Sentencing Process, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that grand jury testimony and grand jury exhibits and other materials in this case may be reviewed, considered and used by the United States Probation Office in its pre-sentence investigation of the case, its completion of the pre-sentence investigation report and the sentencing process generally. Further, the Probation Office may consider grand jury information as related to it by the parties in this case in submissions related to the pre-sentence investigation report and sentencing.

DATED this 25th day of October, 2006.

BY THE COURT:

/s/ Walker D. Miller

WALKER D. MILLER
UNITED STATES DISTRICT COURT JUDGE